# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-12-033-JHP |
| ) | |
| CLAUDIA MARIE MOORE, ) | |
| MARK ALDEN MONGOLD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Dkt # 40) whereby the Magistrate Judge recommends that Defendants Motions to Suppress (Dkt.# 29 and 30) be denied. Defendants filed Objections to the Report and Recommendation and the Plaintiff filed a Reply. Upon careful review of the Report and Recommendation, the Suppression Hearing conducted on May 14, 2012, as well as all relevant case law, this Court finds the Report and Recommendation is well-reasoned and based upon applicable law. Accordingly, this Court adopts the Magistrate's Report and Recommendation as the ruling of this Court

IT IS SO ORDERED this 28th day of June, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma